



## MEMORANDUM OPINION

No. 04-11-00213-CV

**IN RE** Jerry **WANZER**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:     Sandee Bryan Marion, Justice
               Phylis J. Speedlin, Justice
               Rebecca Simmons, Justice

Delivered and Filed:  April 6, 2011

PETITION FOR WRIT OF MANDAMUS DISMISSED FOR LACK OF
JURISDICTION

On March 23, 2011, relator filed a petition for writ of mandamus, seeking to compel "TDCJ-ID John B. Connally Unit prison officials to perform a ministerial function by returning his legal material." Relator also filed a "motion requesting a preliminary injunction/TRO." However, this court does not have jurisdiction to grant the requested relief. By statute, this court has the authority to issue a writ of mandamus against "a judge of a district or county court in the court of appeals district" and other writs as necessary to enforce our appellate jurisdiction. *See* TEX. GOV'T CODE ANN. § 22.221(a)-(b) (West 2004). We conclude the writ is not necessary to enforce our jurisdiction. Accordingly, relator's petition for writ of mandamus is DISMISSED

---

[1] There is no underlying proceeding or trial court listed in relator's petition.

FOR LACK OF JURISDICTION and the "motion requesting a preliminary injunction/TRO" is DENIED.

Additionally, relator filed an Application for Leave to File Petition for Writ of Mandamus. No leave is required to file a petition for writ of mandamus in this court. TEX. R. APP. P. 52. Therefore, relator's motion for leave to file is DENIED as moot.

PER CURIAM